## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **CHEMICAL PRODUCTS CORPORATION,**<br>                    Plaintiff,<br>    v.<br>**UNITED STATES,**<br>                    Defendant. | **COURT NO. 23-00021**<br><br>**S U M M O N S** |

**TO:**  The Attorney General of the United States
and United States Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



   **/s/ Mario Toscano**
   Clerk of the Court

1. Plaintiff Chemical Products Corporation (CPC) is an interested party pursuant to 19 U.S.C. § 1677(9)(C) because it was the sole U.S. petitioner in the underlying antidumping investigation. Accordingly, Plaintiff has standing to bring this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c) as an interested party who was a party to the underlying antidumping investigation.
   (Name and standing of plaintiff)

2. Plaintiff contests the final negative antidumping determination of the U.S. Department of Commerce. *See Barium Chloride from India: Final Negative Determination of Sales at Less Than Fair Value, 88 Fed. Reg. 1,050* (January 6, 2023).
   (Brief description of contested determination)

3. *Barium Chloride from India: Final Negative Determination of Sales at Less Than Fair Value, 88 Fed. Reg. 1,050* (January 6, 2023).
   (Date of determination)

4. *Barium Chloride from India: Final Negative Determination of Sales at Less Than Fair Value, 88 Fed. Reg. 1,050* (January 6, 2023).
   (If applicable, date of publication in Federal Register of notice of contested determination)

   / s / Frederick P. Waite

   Signature of Plaintiff"s Attorney

   FREDERICK P. WAITE
   VORYS, SATER, SEYMOUR AND PEASE LLP
   1909 K Street, NW, Ninth Floor
   Washington, DC  20006-1152
   1-(202) 467-8852
   Email:  fpwaite@vorys.com

February 6, 2023

Date

Form 3-2

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. §1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served:

Patricia M. McCarthy, Esq.
Civil Division
Commercial Litigation Branch
U.S. DEPARTMENT OF JUSTICE
1100 L Street, N.W., 9th Floor
Washington, D.C.  20530

Robert Heilferty, Esq.
Chief Counsel for Trade Enforcement and Compliance
U.S. DEPARTMENT OF COMMERCE
14th Street and Constitution Avenue, N.W.
Washington, D.C. 20230

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. DEPARTMENT OF JUSTICE
26 Federal Plaza
New York, New York  10278