UNITED STATES COURT OF INTERNATIONAL TRADE                    FORM 7A

| |
|---|
| CHEMICAL PRODUCTS CORPORATION,<br><br>                                PLAINTIFF,<br><br>        V.<br><br>UNITED STATES,<br><br>                                DEFENDANT. |

COURT NO.  23-00021

### NOTICE OF DISMISSAL

   PLEASE TAKE NOTICE that Plaintiff CHEMICAL PRODUCTS CORPORATION, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.


Dated:        March 9, 2023

                                   / s /  Frederick P. Waite
                                   Frederick P. Waite
                                   VORYS, SATER, SEYMOUR AND PEASE LLP
                                         Attorney for Plaintiff


                                   1909 K Street, NW, 9th Floor
                                         Street Address


                                   Washington, DC  20006-1152
                                         City, State and Zip Code


                                   (202) 467-8852
                                         Telephone No.


                       ORDER OF DISMISSAL


   This action, having been voluntarily noticed for dismissal by Plaintiff, is dismissed.


Dated:                              CLERK, U. S. COURT OF INTERNATIONAL TRADE


                       By:
                                         Deputy Clerk